The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALIS HOMES, LLC, a Washington state limited liability company; and HOLESHOT PROPERTIES, LLC, a Washington state limited liability company, as assignee of PACWEST INVESTMENT GROUP, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:17-cv-00707-JLR<br><br>STIPULATED MOTION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE FED. R. CIV. P. 26(f) AND LCR 26(f) JOINT STATUS REPORT AND DISCOVERY PLAN<br><br>NOTE ON MOTION CALENDAR: July 11, 2017 |

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN (2:17-cv-00707-JLR ) - Page 1

299i47

SMITH FREED EBERHARD P.C.
111 SW 5th Avenue, Suite 4300
Portland, Oregon 97204
P: 503.227.2424
F: 503.227.2535

Pursuant to Fed. R. Civ. P. 16 (b)(4) and LCR 10(g), the parties hereby stipulate to and respectfully move for a 14-day extension for them to file the Combined Joint Status Report and Discovery Plan required under Fed. R. Civ. P 26(f) and LCR 26(f). The current deadline, pursuant to the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, is July 12, 2017. With the extension, the new deadline would be July 26, 2017. The parties held their Rule 26(f) conference by telephone on June 19, 2017, and continued that conference on June 26, 2017. Counsel for plaintiff Developers Surety and Indemnity Company has not yet circulated to the other parties a first draft of the Combined Joint Status Report and Discovery Plan due to press of business but intends to do so today. The parties respectfully seek this extension so that they may finalize the Combined Joint Status Report and Discovery Plan for filing with the court and they do so for good cause and not for any reasons of delay.

IT IS SO STIPULATED.

Dated this 11th day of July, 2017.

SMITH FREED EBERHARD P.C.

By: _s/ Chin See Ming_
Kyle D. Riley, WSBA #38078
Email: kdr@smithfreed.com

Jack Levy, *admitted pro hac vice*
Email: jlevy@smithfreed.com
Chin See Ming, *admitted pro hac vice*
Email: cming@smithfreed.com
111 SW 5th Avenue, Suite 4300
Portland, OR 97204
Tel: 503.227.2424
Fax: 503.227.2535

Attorneys for Plaintiff Developers Surety and Indemnity Company

BLADO KIGER BOLAN, P.S.

By: _s/ Douglas N. Kiger_
Douglas N. Kiger, WSBA #26211
Email: doug@bkb-law.com
4717 South 19th Street, Suite 109
Tacoma, WA 98405
Tel: 253.272.2997
Fax: 253.627.6252

Attorneys for Defendant Alis Homes, LLC

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN (2:17-cv-00707-JLR ) - Page 2

299147

SMITH FREED EBERHARD P.C.
111 SW 5th Avenue, Suite 4300
Portland, Oregon 97204
P: 503.227.2424
F: 503.227.2535

SMITH ALLING, P.S.

By: /s Chad E. Ahrens
  Chad E. Ahrens, WSBA #36149
  Email: chad@smithalling.com
  Matthew C. Niemela, WSBA #49610
  Email: matt@smithalling.com
  1501 Dock Street
  Tacoma, WA 98402
  Tel: 253.627.1091
  Fax: 253.627.0123

Attorneys for Defendant Holeshot Properties, LLC

IT IS SO ORDERED.

Dated this 11th day of July, 2017

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN (2:17-cv-00707-JLR ) - Page 3

299147

SMITH FREED EBERHARD P.C.
111 SW 5th Avenue, Suite 4300
Portland, Oregon 97204
P: 503.227.2424
F: 503.227.2535

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused to be served a true and correct copy of the foregoing STIPULATED MOTION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE FED. R. CIV. P. 26(f) AND LCR 26(f) JOINT STATUS REPORT AND DISCOVERY PLAN via electronic transmission through the Court's CM/ECF system, on the following:

Douglas N. Kiger, WSBA #26211
Email: doug@bkb-law.com
BLADO KIGER BOLAN, P.S. 4717 South 19th Street, Suite 109
Tacoma, WA 98405
Tel: 253.272.2997
Fax: 253.627.6252

Attorneys for Defendant Alis Homes, LLC

Chad E. Ahrens, WSBA #36149
Email: chad@smithalling.com
Matthew C. Niemela, WSBA #49610
Email: matt@smithalling.com
SMITH ALLING, P.S.
1501 Dock Street
Tacoma, WA 98402
Tel: 253.627.1091
Fax: 253.627.0123

Attorneys for Defendant Holeshot Properties, LLC

DATED: July 11, 2017.

SMITH FREED EBERHARD P.C.

By: _s/ Chin See Ming_
Kyle D. Riley, WSBA #38078
Email: kdr@smithfreed.com

Jack Levy, *admitted pro hac vice*
Email: jlevy@smithfreed.com
Chin See Ming, *admitted pro hac vice*
Email: cming@smithfreed.com
111 SW 5th Avenue, Suite 4300
Portland, OR 97204
Tel: 503.227.2424
Fax: 503.227.2535

Attorneys for Plaintiff Developers Surety and Indemnity Company

CERTIFICATE OF SERVICE (2:17-cv-00707-JLR) - Page 1